## Bachert v. Fields.

APPEAL from Cullman Chancery Court.

Heard before the Hon. THOMAS COBBS.

COFER & BROWN, for appellant.

GEORGE H. PARKER, *contra*.

The bill in this case was filed by the appellant against the appellee ; and sought to have declared cancelled and void a note executed by the complainant and her husband to the appellee.

On the submission of the cause, the chancellor decreed that the complainant was not entitled to the relief prayed for, and ordered the bill dismissed. From this decree the complainant appeals. Decree affirmed.

Opinion by McCLELLAN, J.

---

## Holland v. Bentley.

APPEAL from Circuit Court of Walker.

Tried before the Hon. JAMES J. BANKS.

APPLING & McGUIRE, for appellant.

COLEMAN & BANKHEAD, *contra*.

This was an action of assumpsit brought by the appellant against the appellee, and counted upon the common counts. There was judgment for the defendant from which the plaintiff appeals. Affirmed.

Opinion by HEAD, J.